## No. 18-20825

In the United States Court of Appeals
For the Fifth Circuit

IN RE JPMORGAN CHASE & COMPANY,
*Petitioner.*

Petition for Writ of Mandamus to the
United States District Court for the
Southern District of Texas, Houston Division
No. 4:17-CV-3786 (Ellison, J.)

## OPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS

MORGAN, LEWIS & BOCKIUS LLP
    William R. Peterson
    Stefanie R. Moll
    Catherine L. Eschbach
    T. Cullen Wallace
1000 Louisiana St., Ste. 4000
Houston, TX 77002
(713) 890-5188

MORGAN, LEWIS & BOCKIUS LLP
    Samuel S. Shaulson
101 Park Avenue
New York, NY 10178
(212) 309-6000

*Counsel for Petitioner*

# No. 18-20825

## In the United States Court of Appeals
## For the Fifth Circuit

### IN RE JPMORGAN CHASE & COMPANY,
*Petitioner.*

Petition for Writ of Mandamus to the
United States District Court for the
Southern District of Texas, Houston Division
No. 4:17-CV-3786 (Ellison, J.)

## SUPPLEMENT TO CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons

and entities described in the fourth sentences of Fifth Circuit Rule 28.2.1 have an

interest in the outcome of this case.  The representations are made so that the judges

of this Court may evaluate possible disqualification or recusal.

In addition to the counsel listed in the petition for writ of mandamus, please

note the appearance of Catherine L. Eschbach as additional counsel for Petitioner.

*/s/ William R. Peterson*

William R. Peterson
*Attorney of Record for
Petitioner*

TO THE HONORABLE COURT OF APPEALS:

Chase respectfully requests leave to file the attached reply in support of its petition for writ of mandamus. The Federal Rules of Appellate Procedure and this Court's rules neither expressly permit nor expressly prohibit a reply, but replies are general permitted for motions and appellate briefs. Chase's proposed reply—attached as Exhibit A—is consistent with the length limits for replies in support of motions and appeals provided for in the Rules. Fed. R. App. P. 27(d)(2), 28.1(e). The attached reply is approximately half of the word limit for a mandamus petition. Fed. R. App. P. 21(d).

Counsel for Chase has contacted counsel for Respondents, who stated that Respondents oppose this motion. Counsel for Respondents did not indicate whether they will file a response.

This Court has repeatedly considered replies in its mandamus decisions. *See, e.g.*, *In re DePuy Orthopaedics, Inc.*, 870 F.3d 345, 347 (5th Cir. 2017) (noting consideration of reply in support of writ of mandamus); *In re 2920 ER, L.L.C.*, 607 F. App'x 349, 357 n.2 (5th Cir. 2015) (discussing argument from reply); *In re Ramirez*, 605 F. App'x 361, 365 (5th Cir. 2015) (noting petitioner's failure to address argument in reply); *see also In re Itron, Inc.*, No. 17-60722 (5th Cir. Nov. 28, 2017) (granting motion for leave to file a reply in support of petition for writ of mandamus).

Granting leave to file a reply is warranted here.  In its reply, Chase seeks to address several points of law and fact raised in the response, including: (1) the arguments regarding the necessity of filing a motion to compel arbitration; (2) the district court's ability to consider the potential opt-in plaintiffs' arbitration agreements; and (3) the arguments about the scope of the holding in *Hoffmann-La Roche v. Sperling*, 493 U.S. 165 (1989).

Chase respectfully requests leave to file the reply attached this motion.

Dated:  January 2, 2019                              Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ William R. Peterson*
      William R. Peterson
      Stefanie R. Moll
      Catherine L. Eschbach
      T. Cullen Wallace
1000 Louisiana St., Ste. 4000
Houston, TX 77002
(713) 890-5188

      Samuel S. Shaulson
101 Park Avenue
New York, NY 10178
(212) 309-6000

***Counsel for Petitioner***

## CERTIFICATE OF COMPLIANCE WITH RULE 27(D)(2)

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2) because this petition contains 313 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point font size and Times New Roman type style.

By:    */s/ William R. Peterson*
William R. Peterson

## PROOF OF SERVICE

I hereby certify that on January 2, 2019, I electronically filed this Motion. I further certify that the following counsel of record for Respondents are being served with a copy of this motion by email as indicated below:

Austin W. Anderson
austin@a2xlaw.com

William Clifton Alexander
clif@a2xlaw.com

Lauren E. Braddy
lauren@a2xlaw.com

Alan Clifton Gordon
cgordon@a2xlaw.com

Carter T. Hastings
carter@a2xlaw.com

George Schimmel
geordie@a2xlaw.com

*/s/ William R. Peterson*
William R. Peterson