# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———————————

No. 18-20825

———————————

In re: JPMORGAN CHASE & COMPANY,

    Petitioner

———————————

Petition for a Writ of Mandamus
to the United States District Court for the
Southern District of Texas

———————————

O R D E R:

    IT IS ORDERED that petitioner's opposed motion for leave to file a reply in support of its petition for writ of mandamus is GRANTED.


    LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

    ENTERED AT THE DIRECTION OF THE COURT