No. 18-20825

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

*In re*: JPMORGAN CHASE & CO.

## OPPOSED MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PETITION FOR WRIT OF MANDAMUS

On Petition for Writ of Mandamus to the United States District Court
For the Southern District of Texas, Cause No. 4:17-cv-3786
*Honorable Keith P. Ellison, District Judge*

**ANDERSON ALEXANDER, PLLC**

**Clif Alexander**
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy**
Texas Bar No. 24071993
lauren@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

*Attorneys of Record for Respondents-Plaintiffs*

TO THE HONORABLE COURT OF APPEALS:

Respondents-Plaintiffs ("Plaintiffs") respectfully request leave to file the attached surreply in opposition to JPMorgan Chase & Co.'s ("Chase") Petition for Writ of Mandamus. Plaintiffs' proposed surreply seeks only to clarify confusion pertaining to the issue before this Court, evidenced by Chase in its Reply in Support of Petition for Writ of Mandamus.

The Parties agree that the putative class members can and may have defenses to the arbitration agreements that purportedly apply to them. Accordingly, the issue is not whether notice can issue to those individuals allegedly subject to arbitration agreements, but instead whether the mere existence of an arbitration agreement negates Judge Ellison's discretionary ruling finding that such individuals are similarly situated under *Lusardi*. Contrary to the false predicate asserted by Chase, there is no authority for their position that the putative class members are not potential plaintiffs in this action. Without first filing a motion to compel arbitration and obtaining a finding as to the validity and enforceability of the arbitration agreements at issue, there is no authority to support removing the putative class members as potential plaintiffs in this action. As such, Plaintiffs request the opportunity to more fully address Chase's arguments, as restated in their Reply.

Respondents may seek leave to file a surreply before this Court. *See Moore v. Collins*, 631 F. App'x 254, 256 (5th Cir. 2016) (granting motion for leave to file surreply); *Williams v. Vannoy*, 669 F. App'x 207, 208 (5th Cir. 2016) (granting motion

for leave to file surreply); *Cmty. Bank of Lafourche v. Lori Ann Vizier, Inc.*, 541 F. App'x 506, 508 (5th Cir. 2013) (granting motion for leave to file surreply). Granting leave to file a surreply is warranted here to address issues not raised by Chase in its Petition for Writ of Mandamus, and discussed—for the first time—in its Reply.

Plaintiffs' proposed surreply is brief and contains only 2,370 words, and is attached hereto as Exhibit A. Chase's counsel has indicated Chase is opposed to this motion, and that Chase does not intend to file a response.

Date: January 4, 2019

Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: /s/ *Clif Alexander*
**Clif Alexander**
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy**
Texas Bar No. 24071993
lauren@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

***Attorneys of Record for Respondents-Plaintiffs***

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because this motion contains 347 words.

This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Mac Version 19.19 (2018) in 14-point font size, and Garamond type style.

/s/ *Clif Alexander*
Clif Alexander

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2019, I electronically transmitted this Surreply to JPMorgan Chase & Co.'s Petition for Writ of Mandamus through the e-filing system for the United States Court of Appeals for the Fifth Circuit. I further certify that all counsel of record for Petitioner are being served with a copy of this Surreply by electronic means.

/s/ *Clif Alexander*
Clif Alexander