# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 21, 2019

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

     No. 18-20825   In re: JPMorgan Chase & Company
                            USDC No. 4:17-CV-3786

Dear Mr. Bradley,

Enclosed is a certified copy of an opinion entered on February 21, 2019.  We have closed the case in this court.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Debbie T. Graham, Deputy Clerk

Enclosure(s)

cc:
     Mr. William Clifton Alexander
     Mr. Austin W. Anderson
     Mrs. Lauren Elizabeth Braddy
     Ms. Catherine Lynn Eschbach
     Ms. Stefanie R. Moll
     Mr. William R. Peterson
     Mr. Samuel S. Shaulson